UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA APONTE,,

Plaintiff,

-against-

SPRING OAKS CAPITAL, LLC AND SPRING OAKS CAPITAL SPV, LLC.,

Defendants.

26 CIVIL 02780 (DEH)(OTW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated October 13, 2026, the motion to dismiss is GRANTED. Because "[d]ismissals for failure to state a claim... are generally with prejudice," Miller v. Brightstar Asia, Ltd., 43 F.4th 112, 126 (2d Cir. 2022), and in light of Ms. Aponte's failure to oppose the Motion, this case is DISMISSED WITH PREJUDICE; accordingly the case is closed.

**Dated:** New York, New York
October 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**